**E-Filed 6/28/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK S. BUZA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br><br>　　　　　Defendant. | Case Number C 10-00326 JF (PVT)<br><br>ORDER RE PLAINTIFF'S MOTIONS<br>FOR ENTRY OF DEFAULT AND<br>PRO SE FEES.<br><br>[re: docket nos. 10, 16] |

On January 25, 2010, Plaintiff Mark S. Buza ("Plaintiff") filed a complaint against Defendant California Department of Corrections and Rehabilitation alleging the following claims for relief: a violation of Plaintiff's Fourth, Fifth, and Fourteenth Amendment rights, pursuant to 42 U.S.C. § 1983; conspiracy to interfere with Plaintiff's constitutional rights, pursuant to 42 U.S.C. § 1985; neglecting to prevent the violation of Plaintiff's constitutional rights, pursuant to 42 U.S.C. § 1986; conspiracy against Plaintiff's constitutional rights; pursuant to 18 U.S.C. § 241; deprivation of rights under color of law, pursuant to 18 U.S.C. § 242; and frauds and swindles, pursuant to 18 U.S.C. § 1341.

On April 16, 2010, Plaintiff moved for entry of default and set the motion for hearing on July 2, 2010. Pursuant to Fed. R. Civ. P. 55(a), a motion for entry of default should be directed

to the Clerk of the Court. If and when the Clerk enters default, Plaintiff then may move for default judgment. Accordingly, the hearing on the instant motion is VACATED, and the motion for entry of default is referred to the Clerk of the Court. The motion for "pro se fees" that appears to depend on the motion for entry of default is TERMINATED without prejudice.[1] A case management conference is hereby scheduled for August 27, 2010 at 10:30 A.M.

IT IS SO ORDERED.

Dated: June 28, 2010

_____
JEREMY FOGEL
United States District Judge

---

[1] A motion for "pro se fees" is not supported by legal authority.

2

1  This Order has been served upon the following persons:

2  Mark S Buza
   1060 Howard Street
3  San Francisco, CA 94103

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Number C 10-00326 JF (PVT)
ORDER RE PLAINTIFF'S MOTIONS FOR ENTRY OF DEFAULT AND PRO SE FEES.
(JFLC1)