UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK S. BUZA,<br><br>                Plaintiff,<br>    v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br><br>                Defendant. | Case No.: 10-CV-00326-LHK<br><br>ORDER VACATING CASE<br>MANAGEMENT CONFERENCE AND<br>DIRECTING PLAINTIFF TO MOVE<br>FOR DEFAULT JUDGMENT |

Default was entered in this case as to Defendant California Department of Corrections and Rehabilitation on June 29, 2010. Pursuant to Federal Rule of Civil Procedure 55(b)(2), after default is entered, the plaintiff must apply to the court for a default judgment. Plaintiff is therefore DIRECTED to move for default judgment no later than September 10, 2010.

Additionally, the Court finds that a Case Management Conference is not necessary at this time. Accordingly, the Court VACATES the Case Management Conference scheduled for August 25, 2010.

1

Case No.: 10-CV-00326-LHK
ORDER VACATING CASE MANAGEMENT CONFERENCE
AND DIRECTING PLAINTIFF TO MOVE FOR DEFAULT JUDGMENT

**IT IS SO ORDERED.**

Dated: August 20, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge